# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-3033**  Case Manager: **Robin L. Baker**

Case Name: **State of Ohio, ex rel. Dave Yost Attorney General of Ohio v. Ascent Health Servs. LLC, et al.**

Is this case a cross appeal? ☐ Yes ☑ No
Has this case or a related one been before this court previously? ☐ Yes ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program? ☐ Yes ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> This appeal is taken by Defendants/Appellants Express Scripts, Inc., Ascent Health Services, LLC, Evernorth Health, Inc., The Cigna Group, Prime Therapeutics LLC, Humana Pharmacy Solutions, Inc., and Humana Inc. against Plaintiff/Appellee State of Ohio, ex rel. Dave Yost Attorney General of Ohio.
>
> Defendants/Appellants assert that the District Court erred in granting Plaintiff/Appellee's motion to remand this case to the state court for at least the following reasons:
>
> 1. Plaintiff/Appellee's post-removal "disclaimer" of its claims related to federal health benefits programs was ineffective, among other defects, and does not defeat Defendants/Appellants' removal under the Federal Officer Removal Statute, 28 U.S.C. § 1442(a) (the "Statute");
>
> 2. Express Scripts' removal of the action was proper under the Statute because Plaintiff/Appellee's Complaint challenges Express Scripts' conduct while acting under the direction of the Department of Defense ("DOD") in providing services under TRICARE. Removal was also proper under the Statute because Plaintiff/Appellee's Complaint challenges Express Scripts' conduct while acting under the direction of the Office of Personnel Management (OPM) in providing services under the Federal Employees Health Benefits Act (FEHBA); and
>
> 3. Prime Therapeutics LLC's removal of the action was proper under the Statute because Plaintiff/Appellee's Complaint challenges Prime Therapeutics LLC's conduct while acting under the direction of the OPM in providing services under the FEHBA.

This is to certify that a copy of this statement was served on opposing counsel of record this **31st** day of **January**, **2024**.

/s/ Emily M. Renzelli
Name of Counsel for Appellant