**Case No. 24-3033**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

STATE OF OHIO, *EX REL.* DAVE YOST ATTORNEY GENERAL OF OHIO,
Plaintiff-Appellee,

v.

ASCENT HEALTH SERVICES LLC; EXPRESS SCRIPTS, INC.; CIGNA GROUP; EVERNORTH HEALTH, INC.; PRIME THERAPEUTICS LLC; HUMANA PHARMACY SOLUTIONS, INC.; HUMANA INC.
Defendants-Appellants.

*On Appeal from the United States District Court for Southern District of Ohio
Hon. Michael H. Watson
Case No. 2:23-cv-1450-MHW-CMV*

**Joint Status Report in Response to the Court's February 21, 2025 Order**

The parties submit this joint status report in response to the Court's February 21, 2025 Order seeking a matter update. ECF No. 50. The parties provide as follows:

On October 29, 2024, the Court held this matter in abeyance pending the Supreme Court's decision in *Royal Canin U.S.A., Inc. v. Wullshleger* (No. 23-677). ECF No. 49-2. The Supreme Court issued its decision in *Royal Canin* on January 15, 2025. The decision in *Royal Canin* is not dispositive of this appeal, and thus,

the appeal should proceed to briefing. The parties respectfully request that the

Court set a new briefing schedule.

Dated: March 7, 2025                              *Respectfully submitted,*

RULE GARZA HOWLEY LLP           TAFT STETTINIUS & HOLLISTER LLP

                                                           */s/ David J. Butler*
Charles F. Rule                                    David J. Butler (0068455), Trial
Daniel J. Howley                                  Attorney
Emily M. Renzelli                                 41 South High Street, Suite 1800
Benjamin Z. Bergmann                       Columbus, Ohio 43215
Erica N. Baum                                     (614) 221-2838
1701 Pennsylvania Ave. NW, Suite      dbutler@taftlaw.com
200
Washington, D.C. 20006                     Jeanne M. Cors (0070660)
(202) 843-9280                                    425 Walnut Street, Suite 1800
rule@rulegarza.com                            Cincinnati, Ohio 45202
howley@rulegarza.com                       (513) 381-2838
renzelli@rulegarza.com                       cors@taftlaw.com
bergmann@rulegarza.com
baum@rulegarza.com

*Counsel for Defendants Ascent Health Services LLC, Express Scripts, Inc., The Cigna Group, and Evernorth Health, Inc.*


/s/ Jaime Stilson
DORSEY & WHITNEY LLP              FLANNERY | GEORGALIS LLC
Jaime Stilson                                        Matthew L. Jalandoni (0087074)
Michael A. Lindsay                             Benjamin Reese (0096108)
 50 South Sixth Street, Suite 1500        175 South Third St., Suite 1060
Minneapolis, MN 55402                      Columbus, OH 42315
(612) 340-2600                                     (380) 444-6027
stilson.jaime@dorsey.com                   mjalandoni@flannerygeorgalis.com
lindsay.michael@dorsey.com              breese@flannerygeorgalis.com

2

*Counsel for Prime Therapeutics LLC*

DAVE YOST
Ohio Attorney General
SHAWN BUSKEN
Deputy First Assistant Attorney General
JENNIFER L. PRATT
Director of Major Litigation

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER
Solicitor General
MICHAEL J. HENDERSHOT
Chief Deputy Solicitor General
SARAH MADER
Assistant Attorney General, Antitrust Section
30 East Broad Street, 17th Floor
Columbus, Ohio
614-466-8980
Thomas.Gaiser@OhioAGO.gov

*Counsel for the State of Ohio, ex rel., Attorney General Dave Yost*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2025, a copy of this status report was filed electronically with the Clerk of the Court using the CM/ECF system, which will serve by email counsel of record for all parties. I certify that all participants in this case are registered CM/ECF users.

*/s/ David J. Butler*
David J. Butler
